UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
Weil Lifestyle, LLC,

                Plaintiff,

     -against-

Henry A. Frantzen, et al.,

                Defendants.

------------------------------------- x

ORDER
11 CV 5817 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Before this Court decides Plaintiff's letter request to restore this action, Plaintiffs should seek relief from the automatic stay in the Bankruptcy Court to proceed with the trial of Weil Lifestyle, LLC v. Key Baby, LLC, 11 Civ. 5818 (GBD).

Dated: New York, New York
       September 11, 2012

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge